IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GERALDINE SUE SAFFLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KROGER LIMITED PARTNERSHIP I, )<br>and )<br>THE KROGER CO., )<br>)<br>Defendants. ) | Civil Action No.: 7:20-cv-00722 |

### AGREED ORDER

The parties to this action, by counsel, represent to the Court as follows:

1. Kroger Limited Partnership I has admitted in its Answer to the Complaint that it operates and occupies the store in question.

2. The Kroger Co. does not own or operate the store in question.

Upon the consent of both parties, it is hereby **ADJUDGED** and **ORDERED** that The Kroger Co. be dismissed from this action with prejudice and that this case shall proceed as styled Geraldine Sue Saffle v. Kroger Limited Partnership I.

The Clerk of this Court is directed to forward a certified copy of this Order to all counsel of record.

Enter this ___10th___ day of ___February___, 2021

_____
Senior United States District Judge